UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRIQ POWELL,

                        Plaintiff,

            -against-

DOE,

                        Defendant.

25cv7963 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 20, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 23, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge