USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 08/18/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRIQ POWELL,

Plaintiff,

-against-

CITY OF NEW YORK,

Defendant.

25-CV-7963 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff Tyriq Powell, proceeding pro se, filed his complaint on September 24, 2025. The complaint is identical or near-identical to the complaints in the 16 cases previously assigned to United States District Judge Analisa Torres, referred to the undersigned Magistrate Judge, and coordinated under the caption *In Re Rikers West Facility Coordinated Cases* (the Coordinated Cases). *See*, *e.g.*, Coordination Order (Dkt. 19); Amended Coordination Order (Dkt. 24), *Davila v. City of New York*, No. 25-CV-4515 (AT) (BCM) (Davila Action).

On March 20, 2026, Chief United States District Judge Laura Taylor Swain dismissed plaintiff Powell's case for failure "to submit a completed request to proceed *in forma pauperis* . . . or pay the fees required to file a civil action in this court." Dkt. 4. On August 4, 2026, Chief Judge Swain reopened plaintiff's case. Dkt. 6. The case was reopened because Powell had submitted an IFP application (and related papers), but had mistakenly misfiled them in one of the Coordinated Cases.[1] After the case was reopened, plaintiff's IFP application and related papers were properly docketed (*see* Dkts. 7, 8, 9), the IFP application was granted (Dkt. 10), and the case was reassigned to Judge Torres, who then referred the case to the undersigned Magistrate Judge. (Dkt. 11.)

[1] *See* Dkt. 32-1, at ECF pp. 38-42, *Russell v. City of New York*, No. 25-CV-4535 (AT) (BCM) (Nov. 12, 2025).

Plaintiff Powell's complaint does not identify any defendant. Consistent with Judge Torres' initial order in the Coordinated Cases (*see*, *e.g.*, Davila Action Dkt. 8), the Clerk of Court is respectfully directed to (1) add the City of New York as a Defendant under Federal Rule of Civil Procedure 21; (2) amend the caption accordingly; and (3) electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York waive service of summons. The amendment (to add the City of New York as a defendant) is without prejudice to any defenses the City of New York may assert.

I note that the City of New York has moved to dismiss each of the Coordinated Cases pursuant to Fed. R. Civ. P. 12(b)(6). *See*, *e.g.*, Davila Action Dkt. 20. Those motions were referred to me, *see*, *e.g.*, Amended Order Referring Case to Magistrate Judge, Davila Action Dkt. 25, and I issued my Report and Recommendation on August 14, 2026. *See, e.g.*, Report and Recommendation to the Hon. Analisa Torres, Davila Action Dkt. 40. In light of the pending report and recommendation in the Coordinated Cases, plaintiff Powell's case is hereby STAYED pending the outcome of the motion to dismiss the Coordinated Cases. No later than **seven days** following the District Judge's decision on that motion, the City must file a letter in the above-titled case, informing the Court of how it proposes to proceed.

Dated: New York, New York
August 18, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**